| United States Bankruptcy Court<br>District of Colorado | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Tschetter, David, P.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>o/d/s Tschetco Co., Inc.<br>member Tschetco Residential LLC<br>member Tschetco Holdings LLC<br>member Buena Vista LLC | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):    **XXX-XX-5987** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**9 White Fir Court**<br>**Littleton, CO**<br>ZIP CODE   **80127** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Jefferson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | ☑ Chapter 7     ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12     ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13<br><br>**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☑ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **David P. Tschetter** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed:  **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: <br> **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X  **Not Applicable** <br>       Signature of Attorney for Debtor(s)         Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **David P. Tschetter** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  */s/ David Tschetter*
Signature of Debtor  **David P. Tschetter**

X  Not Applicable
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X  Not Applicable
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney

X  */s/ Benjamin H. Shloss*
Signature of Attorney for Debtor(s)

**Benjamin H. Shloss  Bar No.  39276**
Printed Name of Attorney for Debtor(s) / Bar No.

**Kutner Miller Brinen, P.C.**
Firm Name

**303 East 17th Avenue Suite 500**
Address

**Denver, CO 80203**

**(303) 832-2400**       **(303) 832-1510**
Telephone and Fax Number

1/6/12          bhs@kutnerlaw.com
Date and E-Mail Address

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Not Applicable
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X  Not Applicable

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  Not Applicable
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

# UNITED STATES BANKRUPTCY COURT
## District of Colorado

IN RE                                                CASE NO. _____

**David P. Tschetter**

                                                     CHAPTER _____7_____

                              DEBTOR(S)


## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor(s) hereby verifies that the attached matrix list of creditors is true and correct to the best of our knowledge.

Date: _____        _____
                                             **David P. Tschetter**
                                                                        Debtor

Advanta
PO Box 79217
Old Bethpage, NY 11804-9217


Advantage Bank
4532 McMurry Ave, #100
Ft. Collins, CO 80525-8022


Allen & Vellone
1600 Stout Street, Suite 1100
Denver, CO 80202


American Express
PO Box 650448
Dallas, TX 75265


Anita Anderson
3013 East Ironside Lane
Gilbert, AZ 85298


Bank of America
PO Box 15710
Wilmington, DE 19886-5710


Beld Developments LLC
6215 Westchase Road
Ft. Collins, CO 80528


Bellco Credit Union
PO Box 6611
Greenwood Village, CO 80155-6611


Buena Vista Development, LLC
PO Box 273000
Ft Collins, CO 80527

Capital One
P.O. Box 60599
City of Industry, CA 91716-0599


Christine W. Ludban
10270 Great Wood Pointe
Highlands Ranch, CO 80126


Citi Card
Box 6500
Sioux Falls, SD 57117


Citi Mortgage Inc.
PO Box 689196
Des Moines, IA 50368-9196


Colorado Community Bank
3 S Timber Ridge Pkwy
Severance, CO 80550


Colorado Department of Revenue
1375 Sherman Street
Denver, CO 80261


Colorado East Bank
725 US Hwy 24
Buena Vista, CO 81211


Farmers Bank
119 1st Street
Ault, CO 80610


Discount Tire
c/o GE Capital Retail Bank
PO Box 103106
Roswell, GA 30076

Farmers Bank
119 1st Street
Ault, CO 80610


First National Bank of Ft. Collins
205 W Oak Street
Ft. Collins, CO 80521


First National Bank of Ft. Collins
205 W. Oak Street
Ft. Collins, CO 80521


Greenwald Tschetco, LLC
1204 West Ash Street, Suite C
Windsor, CO 80550


Guaranty Bank & Trust
4650 Royal Vista Circle
Windsor, CO 80528


Hidden Pond, LLC
PO Box 273000
Ft Collins, CO 80527


ING Direct
PO Box 60
St. Cloud, MN 56302-0060


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Insolvency Unit
1999 Broadway
MS 5012 DEN
Denver, CO 80202-3025

Jim Jensen



Jim Jenson



John Barry, Esq.
Witwer, Oldenburg, Barry & Johnson, LLP
822 7th Street, Suite 760
Greeley, CO 80631


John O'Brien, Esq.
Holly Shilliday, Esq.
Snell & Wilmer
1200 17th Street, Suite 1900
Denver, CO 80202


John Vasquez
106 Rock Bridge Court
Windsor, CO 80550



John Vazquez
106 Rock Bridge Ct.
Windsor, CO 80550



Jonathan P. Tschetter
4109 Cedargate Court
Ft Collins, CO 80526



Kelly Green, LLC
5822 Sedovia Road
Ft. Collins, CO 80524



Kenneth A. and Anita J. Anderson
3N775 Baeret Lane
St. Charles, IL 60175

Kenneth Anderson
3013 East Ironside Lane
Gilbert, AZ 85298



L. Mark Van Cleave
9909 Gladioulous Preserve Circle
Ft. Meyers, FL 33908



L. Mark Van Cleave and
M. Leslie Van Cleave
11100 West Dumbarton Way
Littleton, 80127



Larimer Bank of Commerce
1432 E Mulberry Street, #B
Ft. Collins, CO 80524



Leslie M. Van Cleave
9909 Gladioulous Preserve Circle
Ft. Meyers, FL 33908



Mark N. Tschetter
6481 South Zeno Court
Aurora, CO 80016



Matthew Harris
74 Deerwood Drive
Littleton, CO 80127



Matthew S. Harris
75 Deerwood Drive
Littleton, CO 80127



Millennium Bank
77699 US Hwy 40
Fraser, CO 80442

Nelnet, Inc.
121 South 13th Street, Suite 201
Lincoln, NE 68508


New West
3459 W 20th Street, Suite 114
Greeley, CO 80634


Office of the Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Suite 4400
Washington, DC 20530-0001


Office of the Attorney General
State of Colorado
1525 Sherman Street
7th Floor
Denver, CO 80203


Office of the US Attorney
District of Colorado
1225 Seventeenth Street
Suite 700
Denver, CO 80202-5598


Paul N. Tschetter
9501 E Orchard Drive
Englewood, CO 80110


PineCrest Development LLC
4225 Westshore Way
Ft. Collins, CO 80525


Raptor Development, LLC
PO Box 273000
Ft Collins, CO 80527


RFJ, LLC
1204 West Ash Street, Suite I
Windsor, CO 80550

RFJ, LLC
1204 West Ash Street, Suite I
Windsor, CO 80550


Richard D. Beller, Esq.
Ringenberg, Funk & Beller, P.C.
215 West Oak St., 10th Fl.
Ft. Collins, CO 80521


Robert W. Brandes, Jr., Esq.
Myatt Brandes & Gast, PC
323 S College Ave, Suite 1
Ft. Collins, CO 80524-2845


Rock Soblick
1196 Opal St., Unit 102
Broomfield, CO 80020


Rock Sobolik
1196 Opal Street, Unit 102
Broomfield, CO 80020


SilverStar Owner's Association, Inc.
PO Box 4002
Granby, CO 80446-0400


Silver Star Tschet Co., LLC
PO Box 273000
Ft Collins, CO 80527


State of Colorado
Division of Securities
1560 Broadway
Suite 900
Denver, CO 80202-5150

Sum Progress, LLC
c/o Joe Schneckenburger
Business Futures, Inc.
PO Box 650
Golden, CO 80402-0650

Greenwald Tschetco, LLC
PO Box 273000
Ft Collins, CO 80527


Tschet Co. Residential, LLC
PO Box 273000
Ft Collins, CO 80527


Tschet Co., Inc.
PO Box 273000
Ft Collins, CO 80527


Tschet Co., Inc.
PO Box 273000
Ft Collins, CO 80527


Tscht Co., Inc.
PO Box 273000
Ft. Collins, CO 80527


United Mileage Plus
Cardmember Service
PO Box 94014
Palatine, IL 60094-4014


University of Wyoming Credit Union
1610 E Reynolds Street
Laramie, WY 82072


Victor Sulzer
2821 S Parker Road, Suite 228
Aurora, CO 80014


Village East, LLC
PO Box 273000
Ft Collins, CO 80527

```
Wells Fargo Bank
PO Box 5247
Denver, CO 80274
```